# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDELL THOMPSON

NO. 2021 KW 0772

**OCTOBER 12, 2021**

---

In Re:    Wendell Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 02-CR8-86387.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information or indictment, the commitment order, the motion filed with the district court, the district court's ruling on the motion, all pertinent minute entries, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 6, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT